UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In the matter of the appointment of a trustee for the next of kin of Elden Sievert, decedent,<br><br>Plaintiff,<br><br>v.<br><br>United States of America *on behalf of Centers for Medicare and Medicaid Services,*<br><br>Defendant. | Civil 11-00767 PAM/FLN<br><br>**ORDER FOR DISTRIBUTION OF MONEY RECOVERED UNDER MINN. STAT. § 573.02** |

The above-entitled matter came on for hearing before the undersigned judge of district court.

Based upon all the files, records and proceedings, herein,

IT IS HEREBY ORDERED:

1. Settlement of the above-entitled action in the amount of $100,000.00 is approved and petitioner is authorized to sign the necessary releases and other documents.

2. Country Mutual Insurance Company is directed to pay to Schwebel, Goetz & Sieben, P.A. and petitioner, as trustee for the next-of-kin of Elden Sievert, the sum of $100,000.00.

3. The law firm of Schwebel, Goetz & Sieben, P.A. is allowed its attorneys' fees and expenses in the total sum of $34,119.65.

4. The sum of Sixty-Four Thousand Two Hundred Seventy-Four and 55/100 Dollars ($64,274.55) shall be paid to Constance Sievert, surviving wife of decedent.

5. The sum of zero Dollars ($0.00) shall be paid to Charles L. Sievert, surviving brother of decedent.

2

6. The sum of zero Dollars ($0.00) shall be paid to Mary A. Williams, surviving sister of decedent.

7. The sum of zero Dollars ($0.00) shall be paid to Jane Purdy, surviving sister of decedent.

8. The sum of One Thousand Six Hundred Five and 80/100 Dollars ($1,605.80) shall be paid to Medicare-CMS in full satisfaction of its subrogation and/or reimbursement claim.

9. The sum of zero Dollars ($0.00) shall be paid to Ingenix.

BY THE COURT:

Dated:   June 7  , 2011        s/Paul A. Magnuson
                                                    Judge Paul A. Magnuson
                                                    United States District Court

2